UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

MOHAMMED RAZZAK

Plaintiff(s),

- against -

JANET NAPOLITANO, et al.

Defendant(s).

------------------------------------------------x

04 Civ. 4259 (PKC)

ORDER FOLLOWING
PRETRIALCONFERENCE

As a result of a Pre-Trial Conference held today, it is ORDERED as follows:

1.   ~~By~~_____~~, 2009, the plaintiff(s)   the defendant(s)   the parties   shall~~ to address fingerprints, biometrics and interview scheduling so that petitioner will be ~~complete~~ in line for VISA in October. Letter response to petitioner's counsel (due) by July 31, 2009.

2.   ~~By~~_____~~, 2009, the plaintiff(s)   the defendant(s)   the parties   shall~~ Case placed on suspense docket until October 30, 2009. Time traverse adjourned to a date to be set at next conference.

3.   By_____, 2009, the plaintiff(s)   the defendant(s)   the parties   shall

4.

5.

6.

7. The Next Conference ~~[the Final Pretrial Conference]~~ will be held on _November 13_, 2009 at _11:15 a.m._

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York

6-29-09